Order issued September 6, 2012



In The
# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00022-CR

### ANTHONY RAYMOND VILLARREAL, Appellant

V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 265th District Court
Dallas County, Texas
Trial Court Cause No. F09-51900-R

## ORDER

This appeal is **REINSTATED**.

We **VACATE** our order of August 3, 2012 requiring the trial court to conduct a hearing to determine why appellant's brief was not timely filed.

We **GRANT** appellant's September 4, 2012 motion for an extension of time to file appellant's brief. Appellant's brief received by the Clerk of the Court on September 4, 2012 is **DEEMED** timely filed as of the date of this order.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

LANA MYERS
JUSTICE